# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:  )    CASE NO.   **2:17-bk-05021-PS**

Bischoff, Eric & Loree )

)    **INDIVIDUAL DEBTOR ENGAGED IN**

)    **BUSINESS MONTHLY REPORT**

)

)    MONTH OF     November.2017

)    DATE PETITION FILED:     7/14/17

)

Debtor(s) )    TAX PAYER ID NO. :     3186, 2351

Nature of Debtor's Business:     TV Production
Nature of Co-Debtor's Business:     Life Coach

DATE DISCLOSURE STATEMENT     FILED     _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED     _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____      _____
ORIGINAL SIGNATURE OF DEBTOR      ORIGINAL SIGNATURE OF CO-DEBTOR

Eric Bischoff      Loree Bischoff
PRINTED NAME OF DEBTOR      PRINTED NAME OF CO-DEBTOR

_____ 12/5/17      _____ 12/5/17
DATE      DATE

**PREPARER:**

_____      _____
ORIGINAL SIGNATURE OF PREPARER      TITLE

_____      _____
PRINTED NAME OF PREPARER      DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**      Loree Bischoff

PHONE NUMBER:      480-363-3874

ADDRESS:      PO BOX 1195    Cody, WY 82414

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
## INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|
| | DIP Checking | | | |
| | #6794 | | # | |
| Balance at Beginning of Period | 5519.24 | | | 5519.24 |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Wages - Debtor | | | | |
| Wages - Co-Debtor | | | | |
| Cash Distributions from EBE | 9000 | | | 9000 |
| Sale of Assets | | | | |
| Gifts (money) | | | | |
| Bank Interest | 0.02 | | | 0.02 |
| Other: Pmt from Square | 198 | | | 198 |
| | | | | |
| **TOTAL RECEIPTS** | 9198.02 | | | 9198.02 |

| **TOTAL DISBURSEMENTS** | 13,691.85 | | | 13691.85 |
|---|---|---|---|---|

| **Balance at End of Month** | 1025.41 | | | 1025.41 |
|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 13,691.85 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | 614.16 |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 14,306.01 |

# DISBURSEMENT DETAIL
### (INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

<span style="color:red">SEE ATTACHED CHECKBOOK REGISTER</span>

**Month:** Nov, 2017
**Account #** 6794

**Bank Name** WELLS FARGO

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| **Salary / Payroll** | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **Total Payroll Deductions - report on page 2** | | |

Page 3

## CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

**Month:** See Attached

SEE ATTACHED

**Account #** _____

**Bank Name** _____

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | 0 |

Case 2:17-bk-05021-PS   Doc 118   Filed 12/12/17   Entered 12/12/17 08:35:44   Desc
Main Document    Page 4 of 33

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

SEE ATTACHED

**Month:** _____

**Account #** _____

**Bank Name** _____

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | |

Page 3a

**CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS**

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| Case Number: 2:17-bk-05021-PS | DIP Checking | I | | **Total** |
| New Paradigm | #6828 | | | |

| | | | | |
|---|---|---|---|---|
| Balance at Beginning of Period | | 188.36 | | 188.36 |

**RECEIPTS**

| | | | | |
|---|---|---|---|---|
| Cash Sales | | 31.84 | | 31.84 |
| Coaching revenue | | 809.78 | | 809.78 |
| Reimbursements | | 34.78 | | 34.78 |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Rent received for sharing office | | 260 | | 260 |
| Other: Cash from closed acct | | | | |
| | | | | |
| TOTAL RECEIPTS | | 1136.4 | | 1136.4 |

**DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | 614.16 | | 614.16 |
| Travel Expense (flight to AZ) | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| | | | | |
| | | | | |
| **Reorganization Expenses:** | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | | 614.16 | | 614.16 |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | | 710.6 | | 710.6 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 614.16 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | 614.16 |

# INCOME STATEMENT

(Accrual Basis)

**SEE ATTACHED P&L**

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less:  Returns & Discounts | | | |
| Net Revenue | | | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| GROSS PROFIT | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| Income Before Non-operating Income and Expense | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| Income Before Reorganization Expense | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| Income Tax | | | |
| NET PROFIT OR (LOSS) | | | |

# COMPARATIVE BALANCE SHEET

(Accrual Basis)                                         SEE ATTACHED

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | N/A | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | N/A | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | N/A | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | N/A | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 6

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus:  Purchases | |
| Less:  Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
|   Accumulated Depreciation | | | | |
|   Net Buildings | | | | |
| Equipment | | | | |
|   Accumulated Depreciation | | | | |
|   Net Equipment | | | | |
| Autos/Vehicles | | | | |
|   Accumulated Depreciation | | | | |
|   Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 7

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS <span style="color:red">N/A</span>

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | | | | | |

**\*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: _____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| St. Farm: 50-BH-4467-2 | Homeowners | 9/29/16-9/29/17 | $2126 annually |
| St. Farm: 03-E1-1316-8 | Personal Articles | 7/28/17-7/28/18 | $26.75 monthly |
| St. Farm: 032-5864-A01-50 | Vehicle | 6/22/17-1/1/18 | $62.50 monthly |
| St. Farm: 014-1497-A01-03J | Vehicle | 7/1/17-1/1/18 | $16.47 monthly |
| St. Farm: 020-0610-B17-50C | Vehicle | 7/24/17-2/171/8 | $15.48 monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

We finalized the sale of our Cave Creek house. The closing date was September 20th.

We still have several projects underway in various stages of negotiation giving us the realistic

expectation of being able to pay all of our creditors

**Identify any matters that are delaying the filing of a plan of reorganization:**

Our plan of reorganization is still a 100% payment plan to all creditors.

We anticipate filing the plan of reorganization within the next 45 days.

Page 9

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

***PLEASE ATTACH COPIES OF BANK STATEMENTS***

**Month:** _____

**Account #** _____

**Bank Name** _____

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | |

Page 10a

# New Paradigm Mind Body Wellness
## Profit & Loss Statement
**For the Period Nov 1, 2017 - Nov 30, 2017**
**Case Number: 2:17-bk-05021-PS**

| INCOME | Current Month | Year To Date | Total Since Filing |
|---|---|---|---|
| Services | 809.78 | 2537 | 3346.78 |
| Merchandise (books) | 31.84 | | 31.84 |
| Cash from closed account | | 20.00 | 20.00 |
| Reimbursements | 34.78 | 255.41 | 290.19 |
| Rent (from sharing office space) | 260.00 | 780 | 1040 |
| **Total Income** | **1136.40** | **3592.41** | **4728.81** |
| | | | |
| **EXPENSES** | | | |
| Accounting | | | |
| Website fees | | 25.19 | 25.19 |
| Business meeting expense | | 25.5 | 25.50 |
| Distributions (Draws) | | | |
| Internet (Century Link) | | 16.59 | 16.59 |
| Office/Class Supplies | 6.77 | 25.03 | 31.80 |
| Postage and Printing | | | |
| Power | 58.35 | 254.69 | 313.04 |
| Rent (lease office space from Schlotman's) | 527.50 | 2110 | 2637.50 |
| Skype | | | |
| Travel | | 425.9 | 425.90 |
| Services hired/purchased (for misc work, training, courses, training books…) | 21.54 | 805.27 | 826.81 |
| Other (withdrew remaining balance & closed account) | | 20.98 | 20.98 |
| **Total Expenses** | **614.16** | **3709.15** | **4323.31** |
| **PROFIT/LOSS** | **+522.24** | **-116.74** | **+405.50** |

|  |  |  |  |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**page 2**

| PG.1 | 2017 | NEW PARADIGM, DIP # 6828 | | | | 188 | 36 |
|---|---|---|---|---|---|---|---|
| MEMO: | | | EXPENSE CODE: | | | | |
| — | 11/2 | Deposit from SWIHA | | | 4 78 | | |
| MEMO: | | Expense reimbursed | EXPENSE CODE: | | | | |
| — | 11/2 | Deposit from SWIHA | | 115 00 | | | |
| MEMO: | | teaching | EXPENSE CODE: | | | | |
| — | 11/3 | Deposit from Vivian | | 260 00 | | | |
| MEMO: | | renting office space | EXPENSE CODE: | | | | |
| Cd | 11/3 | Fry's | 6 77 | | | | |
| MEMO: | | office supplies | EXPENSE CODE: | | | | |
| Cd | 11/10 | Lifebook | 1 00 | | | | |
| MEMO: | | course - misc. fee | EXPENSE CODE: | | | | |
| — | 11/14 | APS - auto deduct | 58 35 | | | | |
| MEMO: | | power bill | EXPENSE CODE: | | | | |
| Cd | 11/15 | SWIHA Bookstore | 20 54 | | | 481 | 48 |
| MEMO: | | books | EXPENSE CODE: | | | | |

TRANS. TYPES: D - DEPOSIT, ATM - ATM WITHDRAWAL, CC - CHECK, DEBIT CARD, ET - ELECTRONIC PAYMENT, AD - AUTOMATIC DEPOSIT, T - TAX DEDUCTIBLE, O - OTHER

PG.2

| TRANS. TYPE CHECK NO. | DATE | DESCRIPTION OF TRANSACTION | PAYMENT / DEBIT (−) | C/T | DEPOSIT / CREDIT (+) | $ 481 | 48 |
|---|---|---|---|---|---|---|---|
| — | 11/16 | Deposit from SWIHA | | | 464 78 | | |
| MEMO: | | teaching | | EXPENSE CODE: | | | |
| — | 11/27 | Deposit from Vivian | | | 30 00 | | |
| MEMO: | | APS bill | | EXPENSE CODE: | | | |
| — | 11/29 | Deposit | | | 31 84 | | |
| MEMO: | | Book sales | | EXPENSE CODE: | | | |
| — | 11/30 | Deposit from SWIHA | | | 230 00 | | |
| MEMO: | | teaching | | EXPENSE CODE: | | | |
| B P. | 11/30 | Schlotman's | 527 50 | | 1 | | |
| MEMO: | | office lease - Dec. | | EXPENSE CODE: | | 710 | 60 |
| MEMO: | | | | EXPENSE CODE: | | | |
| MEMO: | | | | EXPENSE CODE: | | | |
| MEMO: | | | | EXPENSE CODE: | | | |

DIP Checking ...6794 (personal acct.)

PG. NO. 794

PG - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • MD - Mobile Deposit • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ 5519.24 BALANCE |
|---|---|---|---|---|---|---|
| — | 4/1 | Wells Fargo Oct heloc pymt. | 1172 97 | ✓ | | |
| Cd | 11/1 | Post office mailing | 7 63 | ✓ | | |
| Cd | 4/1 | Fry's groceries | 18 98 | ✓ | | |
| Cd | 4/1 | Good To Go gas | 49 34 | ✓ | | |
| Cd | 11/1 | Walgreens prescription | 24 78 | ✓ | | |
| — | 4/2 | Wells Fargo Oct mortgage pmt. | 3015 63 | ✓ | | |
| Cd | 4/2 | Netflix monthly acct fee | 18 38 | ✓ | | |
| Cd | 11/3 | Shell gas | 38 34 | ✓ | | |
| Cd | 11/3 | Walgreens prescription | 41 46 | ✓ | | |
| — | 11/6 | Wells Fargo Nov. heloc pmt. | 1172 97 | ✓ | | |
| — | 11/6 | Cash Distribution Transfer from EBE biz. acct. | | ✓ | 6000 00 | |
| Cd | 11/3 | Hulu monthly acct fee | 7 99 | ✓ | | |
| Cd | 4/4 | Sally Beauty Supply Personal products | 22 75 | ✓ | | 5928 02 |

THIS PAGE TOTAL DISBURSEMENTS: 5591.22

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • MD - Mobile Deposit • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| UMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | | $ 5928 02 BALANCE |
|---|---|---|---|---|---|---|---|---|
| Cd | 4/5 | The Healthy Back Institute supplements | 49 | 95 | ✓ | | | |
| Cd | 11/7 | Sprouts groceries | 95 | 26 | ✓ | | | |
| Cd | 4/7 | Wells Fargo Nov. mortgage pmt. | 3015 | 63 | ✓ | | | |
| Cd | 11/7 | Lora Moon Styling hair salon | 175 | 00 | ✓ | | | |
| Cd | 4/8 | Dollar Shave club monthly fee | 9 | 00 | ✓ | | | |
| Cd | 4/9 | Shell gas | 44 | 94 | ✓ | | | |
| BP | 11/9 | NRWD water | 28 | 80 | ✓ | | | |
| BP | 4/9 | NRWD water | 28 | 80 | ✓ | | | |
| BP | 11/9 | NRWD water | 64 | 00 | ✓ | | | |
| BP | 4/9 | TCT West internet | 53 | 00 | ✓ | | | |
| BP | 4/9 | Bragg Plumbing plumbing bill for repair work | 75 | 00 | ✓ | | | |
| Cd | 4/9 | Poor Little Rich Girl consignment shop - clothes | 56 | 47 | ✓ | | | |
| Cd | 4/9 | Hay House books | 27 | 78 | ✓ | | | 2204 39 |

THIS PAGE TOTAL DISPERSEMENTS; 3723.63

463

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | | $ BALANCE |  |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ 2209 | 39 |
| Cd | 4/10 | ATM cash withdrawal | 100 | 00 | ✓ | | | | |
| Cd | 11/12 | Conoco gas | 86 | 78 | ✓ | | | | |
| Cd | 4/13 | Walmart misc. | 18 | 14 | ✓ | | | | |
| Cd | 11/13 | Auto zone | 90 | 77 | ✓ | | | | |
| Cd | 4/14 | Mtn. High Health Groceries | 40 | 15 | ✓ | | | | |
| Cd | 11/14 | Cody Country Boarding dog boarding | 586 | 00 | ✓ | | | | |
| ⟶ | 4/14 | Square money transfer | | | ✓ | 198 | 00 | | |
| ⟶ | 11/14 | St Farm WY | 179 | 91 | ✓ | | | | |
| ⟶ | 11/14 | St Farm AZ | 87 | 64 | ✓ | | | | |
| Cd | 11/15 | Post Office PO Box fee | 27 | 00 | ✓ | | | | |
| Cd | 4/15 | Cody Pet Depot dog food | 80 | 10 | ✓ | | | | |
| Cd | 11/16 | Tractor Co. misc. | 26 | 49 | ✓ | | | | |
| Cd | 4/16 | Clanks Pharmacy prescription | 44 | 95 | ✓ | | | 1034 | 46 |

This Page TOTAL DISPERSEMENTS: 1367.93

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | | $ | BALANCE 1034 | 46 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cd | 11/16 | Walmart groceries | 66 | 16 | i | | | | | |
| — | 11/17 | Cash Distribution Transfer from EBE biz acct. | | | ✓ | 2000 | 00 | | | |
| Cd | 11/17 | Maverik gas | 63 | 04 | ✓ | | | | | |
| — | 11/17 | ATM Cash withdrawal | 102 | 50 | ✓ | | | | | |
| Cd | 11/17 | Dittys Kimball Station gas | 57 | 65 | ✓ | | | | | |
| Cd | 11/17 | Best Western Inn travel from WY to MN | 108 | 00 | ✓ | | | | | |
| Cd | 11/17 | Redenbaughs Rest. WY dinner | 30 | 25 | ✓ | | | | | |
| Cd | 11/17 | Cowgirl Pizza, WY (11/16) lunch | 22 | 68 | ✓ | | | | | |
| Cd | 11/17 | Cenex, SD. gas | 44 | 20 | ✓ | | | | | |
| Cd | 11/18 | People's Organic food | 40 | 26 | ✓ | | | | | |
| Cd | 11/18 | Brines Rest. food | 87 | 55 | ✓ | | | | | |
| Cd | 11/19 | Target misc. | 44 | 63 | ✓ | | | | | |
| Cd | 11/19 | Lakewinds groceries | 118 | 54 | ✓ | | | | 2249 | 00 |

THIS PAGE TOTAL DISPERSEMENTS: 785.46

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ 2249.00 BALANCE |
|---|---|---|---|---|---|---|
| Cd | 11/19 | Parley Lake (MN) winery (X-mas gift) | 22 00 | | | |
| 1008 | 11/20 | US Trustee Qtr. pmt. | 650 00 | | | |
| Cd | 11/20 | Kowalski's (MN) groceries | 47 14 | | | |
| Cd | 11/20 | Cub Foods food | 7 09 | | | |
| Cd | 11/20 | Frattalones (MN) gift shop | 20 62 | | | |
| Cd | 11/20 | MGM Liquor Store wine | 14 29 | | | |
| | | | | | | |
| Cd | 11/21 | O Reilly Auto Parts fuel additive for truck | 25 78 | | | |
| Cd | 11/21 | People's Organic food | 63 88 | | | |
| Cd | 11/22 | Lakewinds groceries | 59 61 | | | |
| Cd | 11/22 | Mills Fleet Farm (MN) hunting license & misc | 158 50 | | | |
| Cd | 11/21 | Northgate Liquors wine | 22 97 | | | |
| Cd | 11/22 | Tonka Bottle Shop gift | 45 10 | | | |
| Cd | 11/22 | Koehnen's Fuel gas | 81 41 | | | 1030 61 |

THIS PG. TOTAL DISPERSEMENTS: 1218.39

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • MD-Mobile Deposit • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | | $ | BALANCE 1030 61 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cd | 11/23 | Glenn's Minnoco gas | 15 | 02 | | | | | | |
| Cd | 11/22 | Mandanan Yang restaurant | 38 | 42 | | | | | | |
| Cd | 11/24 | Natasha's Gourmet gifts | 12 | 00 | | | | | | |
| Cd | 11/24 | Hepp's Salt Co. gift | 10 | 00 | | | | | | |
| Cd | 11/24 | Lago Tacos lunch | 23 | 84 | | | | | | |
| Cd | 11/24 | Dominos Pizza dinner | 25 | 66 | | | | | | |
| Cd | 11/25 | Tonka Bottle Shop Champagne | 21 | 43 | | | | | | |
| Cd | 11/26 | Ike's Restaurant dinner | 71 | 19 | | | | | | |
| Cd | 11/26 | Wash Systems car wash | 35 | 48 | | | | | | |
| Cd | 11/26 | Sushi Fix family dinner | 141 | 73 | | | | | | |
| Cd | 11/27 | Sanford's Rest. (ND) dinner - travel (MN to WV) | 57 | 84 | | | | | | |
| Cd | 11/28 | Vinnt home security mo. fee | 63 | 99 | | | | | | |
| — | 11/29 | Cash Distribution trans. from EBE biz. acct. | | | | 1000 | 00 | | 1513 | 41 |
| | | THIS PG. TOTAL DISPERSED $ | 517.20 | | | | | | | |

Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • MD - Mobile Deposit • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | | $ 1573.41 | |
|---|---|---|---|---|---|---|---|---|---|
| Cd | 11/29 | Peoples Organic (11/27) food | 38 | 26 | | | | | |
| Cd | 11/29 | Cenex (11/27) gas | 90 | 71 | | | | | |
| Cd | 11/29 | Subway (11/27) lunch | 6 | 39 | | | | | |
| Cd | 11/29 | Conoco gas | 88 | 68 | | | | | |
| Cd | 11/29 | Albertsons | 44 | 65 | | | | | |
| BP | 11/29 | Keele garbage service | 31 | 50 | | | | | |
| Cd | 11/29 | Amazon supplements | 31 | 25 | | | | | |
| Cd | 11/29 | Holiday Inn Express travel - MN to WY | 156 | 58 | | | | | |
| — | 11/30 | Interest pmt. | | | | .02 | | | |
| | | THIS PG. TOTAL DISPERSED: | 488 | 02 | | | | 1025 | 41 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Eric Bischoff Entertainment, LLC
## Profit & Loss Statement

**For the Period Nov 1, 2017 - Nov.30, 2017**
**Case Number: 2:17-bk-05021-PS**

<u>a</u>

| INCOME | Current Month | Year To Date | Total New YTD |
|---|---|---|---|
| Services | 12,300 | 43,591.75 | 55,891.75 |
| Other Income (merchandise sold/royalties) | 71.40 | 1822.23 | 1893.63 |
| Reimbursements/Credits | 500.00 | 2755.22 | 3255.22 |
| Funds from personal checking account | | 950.00 | 950.00 |
| **Total Income** | **12,871.40** | **49,119.20** | **61990.60** |
| **EXPENSES** | | | |
| Accounting | | | |
| Attorneys | | 932.00 | 932.00 |
| Bank Charges | | 73.00 | 73.00 |
| Dept. of Workforce Services (WY) | | | |
| Distributions (Draws) | 9000 | 38,500 | 47,500 |
| Franchise Tax Board (CA Tax Payments) | | 1355.00 | 1355.00 |
| Internet (when traveling) | | 49.95 | 49.95 |
| Office (Supplies.misc) | | 254.47 | 254.47 |
| Postage and Printing | 5.77 | 63.12 | 68.89 |
| Phone/Mobil/Fax | 372.04 | 2984.1 | 3356.14 |
| Skype | | | |
| Transfer funds to open new personal DIP account | | 25.00 | 25.00 |
| Travel Expenses | 2005.54 | 2918.66 | 4924.20 |
| Website (Domain fees, Repairs and Maintenance) | 6.99 | 584.28 | 591.27 |
| WY Secretary of State | | 50.00 | 50.00 |
| Other (loans, credit card) | 500.00 | 1009.05 | 1509.05 |
| Other (personal expenses pd by business) | | 338.73 | 338.73 |
| **Total Expenses** | **11,890.34** | **49,137.36** | **61,027.70** |
| **Profit/Loss** | **+981.06** | **-18.16** | **962.90** |

# Wells Fargo Simple Business Checking



LOREE E BISCHOFF
DBA LOREE BISCHOFF NEW PARADIGM
DEBTOR IN POSSESSION
CH 11 CASE #17-05021 (AZ)
PO BOX 1195
CODY WY 82414-1195

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
   P.O. Box 6995
   Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $188.36 |
| Deposits/Credits | 1,136.40 |
| Withdrawals/Debits | - 614.16 |
| **Ending balance on 11/30** | **$710.60** |
| Average ledger balance this period | $724.37 |

Account number: █████6828

**LOREE E BISCHOFF**
**DBA LOREE BISCHOFF NEW PARADIGM**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-05021 (AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/2 | | Sw Institute H A Payroll 171102 Bischoff, Loree | 4.78 | | |
| 11/2 | | Sw Institute H A Payroll 171102 Bischoff, Loree | 115.00 | | 308.14 |
| 11/3 | | Transfer From Florit Vivian on 11/03 Ref # Pp03x62C72 Nov Rent | 260.00 | | |
| 11/3 | | Purchase authorized on 11/03 Frys Food 4815 Carefre Cave Creek AZ P00000000970967678 Card 4174 | | 6.77 | 561.37 |
| 11/10 | | Purchase authorized on 11/10 Life Book 800-460-3255 IL S307313544373564 Card 4174 | | 1.00 | 560.37 |
| 11/14 | | APS Electric Pmt Payment 171109 3242200000 Loree Bischoff | | 58.35 | 502.02 |
| 11/15 | | Purchase authorized on 11/15 Southwest Inst. of Hea Tempe AZ P00387320021457638 Card 4174 | | 20.54 | 481.48 |
| 11/16 | | Sw Institute H A Payroll 171116 Bischoff, Loree | 464.78 | | 946.26 |
| 11/27 | | Transfer From Florit Vivian Ref # Pp03Z4Fs9R APS Bill | 30.00 | | 976.26 |
| 11/29 | | Edeposit IN Branch/Store 11/29/17 03:01:52 Pm 1825 17th St Cody WY 4174 | 31.84 | | 1,008.10 |
| 11/30 | | Sw Institute H A Payroll 171130 Bischoff, Loree | 230.00 | | |
| 11/30 | | Bill Pay Mike and Cheryl on-Line Unit 6 on 11-30 | | 527.50 | 710.60 |
| **Ending balance on 11/30** | | | | | **710.60** |
| **Totals** | | | **$1,136.40** | **$614.16** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2017 - 11/30/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $724.00 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account



For each debit card transaction, we place an authorization hold and track the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. While pending, these transactions reduce your available balance. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than eight (8) $35 overdraft and/or NSF fees per day.

———————————

**New limits on Fees**

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after all transactions have posted.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



LOREE E BISCHOFF
ERIC BISCHOFF
DEBTOR IN POSSESSION
CH 11 CASE #17-05021 (AZ)
PO BOX 1195
CODY WY 82414-1195

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (038)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

---

**Introducing Overdraft Rewind Starting November 7, 2017**

With this free account feature, the Bank will reevaluate transactions from the previous business day that resulted in an overdraft or returned item (non-sufficient funds/NSF) if we receive an electronic direct deposit to your account by 9:00 a.m. local time where your account is located (which is noted on your account statement). Direct deposits include your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network by your employer or an outside agency. The Bank will calculate a new balance, including your pending electronic direct deposit (less any pending debits), and may reverse the overdraft or returned item decisions and waive the associated fees from the previous business day if your electronic direct deposit will cover them. Overdraft Protection transfers/advances and the associated fees from the prior business day are not reversed with Overdraft Rewind. Other deposits, such as check(s), cash, or account transfers are not included in Overdraft Rewind.

Set up direct deposit for a safe and easy way to have your payroll or benefit checks automatically deposited into your account.

Go to wellsfargo.com/checking/overdraft-rewind for more details.




## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $4,881.49 |
| Deposits/Additions | 9,198.02 |
| Withdrawals/Subtractions | - 13,041.85 |
| **Ending balance on 11/30** | **$1,037.66** |

Account number: 6794

**LOREE E BISCHOFF**
**ERIC BISCHOFF**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-05021 (AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,407.39 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.08 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Installment Loan Acct Payment | | 1,172.97 | |
| 11/1 | | Purchase authorized on 11/01 USPS PO 03639200 44047 N Phoenix AZ P00387305798280240 Card 9276 | | 7.63 | |
| 11/1 | | Purchase authorized on 11/01 Frys Food 39508 Daisy Phoenix AZ P00000000179560158 Card 9276 | | 18.98 | |
| 11/1 | | Purchase authorized on 11/01 Good to Go Stor Cody WY P00000000074781701 Card 9284 | | 49.34 | |
| 11/1 | | Purchase authorized on 11/01 Walgreens Store 1585 Sher Cody WY P00307306034082113 Card 9284 | | 24.78 | 3,607.79 |
| 11/2 | | WF Home Mtg Auto Pay 110117 0024216046 Loree Bischoff | | 3,015.63 | 592.16 |
| 11/3 | | Recurring Payment authorized on 11/02 Netflix.Com Netflix.Com CA S467306560523206 Card 9276 | | 18.38 | |
| 11/3 | | Purchase authorized on 11/03 Shell Service Station Cave Creek AZ P00307307746932450 Card 9276 | | 38.34 | |
| 11/3 | | Purchase authorized on 11/03 Walgreens Store 34402 N S Scottsdale AZ P00307307814429180 Card 9276 | | 41.46 | 493.98 |
| 11/6 | | Installment Loan Acct Payment | | 1,172.97 | |
| 11/6 | | Online Transfer From Eric Bischoff Entertainment LLC Ref #Ib03Xcwrkt Business Checking Cash Distribution | 6,000.00 | | |
| 11/6 | | Recurring Payment authorized on 11/03 Hlu*Hulu 43730192- Hulu.Com/Bill CA S307307221834344 Card 9276 | | 7.99 | |
| 11/6 | | Purchase authorized on 11/04 Sally Beauty 103 32531 N Scottsdale AZ P00467308764424956 Card 9276 | | 22.75 | |
| 11/6 | | Recurring Payment authorized on 11/05 Thehealthybackinst Customercare@ TX S307309001256307 Card 9276 | | 49.95 | 5,240.32 |
| 11/7 | | Purchase authorized on 11/07 Sprouts Farmers Mkt#17 Phoenix AZ P00387311715735255 Card 9276 | | 95.26 | |
| 11/7 | | WF Home Mtg Auto Pay 110617 0024216046 Loree Bischoff | | 3,015.63 | 2,129.43 |
| 11/8 | | Purchase authorized on 11/07 Lora Moon Styling Scottsdale AZ S387311659368353 Card 9276 | | 175.00 | 1,954.43 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 11/9 | | Recurring Payment authorized on 11/08 Dsc*Dollar Shave C 866-2232780 CA S307312219618073 Card 9276 | | 9.00 | |
| 11/9 | | Purchase authorized on 11/09 Shell Service Station Scottsdale AZ P00387313762266741 Card 9276 | | 44.94 | |
| 11/9 | | Bill Pay Northwest Rural on-Line xxxx20632 on 11-09 | | 28.80 | |
| 11/9 | | Bill Pay Northwest Rural on-Line xxxx15411 on 11-09 | | 28.80 | |
| 11/9 | | Bill Pay Tct West on-Line xxxx54548 on 11-09 | | 53.00 | |
| 11/9 | | Bill Pay Northwest Rural on-Line xxxx18951 on 11-09 | | 64.00 | |
| 11/9 | | Bill Pay Bragg Plumbing & on-Line xx02739 on 11-09 | | 75.00 | 1,650.89 |
| 11/10 | | Purchase authorized on 11/09 Sq *Poor Little Rl Phoenix AZ S467313790913531 Card 9276 | | 56.47 | |
| 11/10 | | Purchase authorized on 11/09 Hay House 800-654-5126 CA S587313819602366 Card 9276 | | 27.78 | |
| 11/10 | | ATM Withdrawal authorized on 11/10 Christown Phoenix AZ 0001037 ATM ID 4469Y Card 9276 | | 100.00 | 1,466.64 |
| 11/13 | | Purchase authorized on 11/12 Conoco - Conomart Laurel MT S467316747211918 Card 9284 | | 86.78 | |
| 11/13 | | Purchase authorized on 11/13 Wal-Mart Super Center Cody WY P00000000532165154 Card 9284 | | 18.14 | |
| 11/13 | | Purchase authorized on 11/13 Autozone 6278 610 Yellow Cody WY P00387317771126073 Card 9284 | | 90.77 | 1,270.95 |
| 11/14 | | Money Transfer authorized on 11/14 From Square Cash CA S0058731867184137 Card 9284 | 198.00 | | |
| 11/14 | | Purchase authorized on 11/12 Cody Country Bed A Cody WY S307316817086337 Card 9284 | | 586.00 | |
| 11/14 | | Purchase authorized on 11/13 MH Health Foods Cody WY S387317762992547 Card 9284 | | 40.15 | |
| 11/14 | | State Farm Ro 27 Sfpp 24 S 0197155127 Eric Bischoff | | 87.64 | |
| 11/14 | | State Farm Ro 27 Sfpp 20 S 0392102620 Eric Bischoff | | 179.91 | 575.25 |
| 11/16 | | Recurring Payment authorized on 11/15 USPS PO Boxes Onli 800-344-7779 DC S307319381512212 Card 9276 | | 27.00 | |
| 11/16 | | Purchase authorized on 11/15 Cody Pet Depot Cody WY S587319863023385 Card 9284 | | 80.10 | |
| 11/16 | | Purchase authorized on 11/16 Tractor Supply C 1140 Eas Sheridan WY P00307320777705113 Card 9284 | | 26.49 | |
| 11/16 | | Purchase authorized on 11/16 Clarks Pharmacy Carefree AZ P00467320815815151 Card 9276 | | 44.95 | |
| 11/16 | | Purchase with Cash Back $ 40.00 authorized on 11/16 Wal-Mart Super Center Cave Creek AZ P00000000883108965 Card 9276 | | 66.16 | 330.55 |
| 11/17 | | Online Transfer From Eric Bischoff Entertainment LLC Ref #Ib03Yfz6Hf Business Checking Cash Distribution | 2,000.00 | | |
| 11/17 | | Purchase authorized on 11/16 Maverik #344 Sheridan WY S387320779812945 Card 9284 | | 63.04 | |
| 11/17 | | Non-WF ATM Withdrawal authorized on 11/17 2030 Lazelle St Sturgis SD 00307321571546330 ATM ID Bc6134 Card 9284 | | 102.50 | |
| 11/17 | | Purchase authorized on 11/17 Dittys Kimball SD P00387321739061031 Card 9284 | | 57.65 | 2,107.36 |
| 11/20 | | Purchase authorized on 11/17 Best Western Inn S Sundance WY S307320862149887 Card 9284 | | 108.00 | |
| 11/20 | | Purchase authorized on 11/16 Redenbaugh's Inc Sundance WY S307321065445190 Card 9284 | | 30.25 | |
| 11/20 | | Purchase authorized on 11/16 Cowgirl Pizza Sundance WY S587321116006207 Card 9284 | | 22.68 | |
| 11/20 | | Purchase authorized on 11/17 Cenex Cbh Coop0706 Sturgis SD S467321570157655 Card 9284 | | 44.20 | |
| 11/20 | | Purchase authorized on 11/18 Peoples Organic MT Minnetonka MN S387322674759025 Card 9276 | | 40.26 | |
| 11/20 | | Purchase authorized on 11/18 Brines Bar & Resta Stillwater MN S307322791335707 Card 9276 | | 87.55 | |
| 11/20 | | Purchase with Cash Back $ 30.00 authorized on 11/19 Target T-4848 County Minnetonka MN P00000000077212374 Card 9284 | | 44.63 | |

Sheet Seq = 0086904
Sheet 00002 of  00003



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 11/20 | | Purchase authorized on 11/19 Lakewinds - Min Minnetonka MN P00000000882715639 Card 9276 | | 118.54 | |
| 11/20 | | Purchase authorized on 11/19 Sq *Parley Lake WI Waconia MN S307323823830003 Card 9284 | | 22.00 | |
| 11/20 | | Purchase authorized on 11/20 Kowalski's Excelsior Mar Excelsior MN P00467324618414057 Card 9284 | | 47.14 | |
| 11/20 | | Purchase authorized on 11/20 Cub Foods Minnetonka MN P00587324643884685 Card 9284 | | 7.09 | 1,535.02 |
| 11/21 | | Purchase authorized on 11/20 Frattallones Minne Minnetonka MN S387324718449997 Card 9284 | | 20.62 | |
| 11/21 | | Purchase authorized on 11/20 Mgm Liquor Warehou Minnetonka MN S307324762805248 Card 9276 | | 14.29 | |
| 11/21 | | Purchase authorized on 11/21 Oreilly Auto #3 Minnetonka MN P00000000883627945 Card 9284 | | 25.78 | 1,474.33 |
| 11/22 | | Purchase authorized on 11/21 Peoples Organic MT Minnetonka MN S587325006601735 Card 9284 | | 63.88 | |
| 11/22 | | Purchase with Cash Back $ 20.00 authorized on 11/22 Lakewinds - Min Minnetonka MN P00000000737748271 Card 9276 | | 59.61 | |
| 11/22 | | Purchase authorized on 11/22 Mills Fleet Farm 3100 Circle Pines MN P00467326704057828 Card 9284 | | 158.50 | 1,192.34 |
| 11/24 | | Purchase authorized on 11/21 Northgate Liquors Blaine MN S587325713100794 Card 9276 | | 22.97 | |
| 11/24 | | Purchase authorized on 11/22 Tonka Bottle Shop Wayzata MN S467326863845715 Card 9284 | | 45.10 | |
| 11/24 | | Purchase authorized on 11/22 Bp#9267642Koehnens Minnetonka MN S387327004193932 Card 9284 | | 81.41 | |
| 11/24 | | Purchase authorized on 11/23 Glenn's Minnoco Minnetonka MN S587327643215691 Card 9276 | | 15.02 | 1,027.84 |
| 11/27 | | Purchase authorized on 11/22 Mandarin Yang Wayzata MN S587326860035928 Card 9276 | | 38.42 | |
| 11/27 | | Purchase authorized on 11/24 Sq *DBA AS Natasha Plymouth MN S587328787297756 Card 9276 | | 12.00 | |
| 11/27 | | Purchase authorized on 11/24 Sq *Hepp's Salt CO Excelsior MN S587328790306708 Card 9276 | | 10.00 | |
| 11/27 | | Purchase authorized on 11/24 Lago Tacos Excelsior MN S387328815344557 Card 9284 | | 23.84 | |
| 11/27 | | Purchase authorized on 11/24 1919 Dominos Pizza 631-289-3000 MN S467329075916571 Card 9276 | | 25.66 | |
| 11/27 | | Purchase authorized on 11/25 Tonka Bottle Shop Wayzata MN S587329689184267 Card 9276 | | 21.43 | |
| 11/27 | | Purchase authorized on 11/26 Ikes Food Cocktai Minnetonka MN S307330788348645 Card 9284 | | 71.79 | 824.70 |
| 11/28 | | Purchase authorized on 11/26 Wash Systems Minneapolis MN S467330681814491 Card 9284 | | 35.48 | |
| 11/28 | | Purchase authorized on 11/26 Sushi Fix Wayzata MN S467331014647378 Card 9276 | | 141.73 | |
| 11/28 | | Purchase authorized on 11/27 Sanfords Grub & Pu Dickinson ND S387332089364822 Card 9284 | | 57.84 | |
| 11/28 | | Vivint Vivint P-48782276 Loree Bischoff | | 63.99 | 525.66 |
| 11/29 | | Online Transfer From Eric Bischoff Entertainment LLC Ref #Ib03Zblksl Business Checking Cash Distribution | 1,000.00 | | |
| 11/29 | | Purchase authorized on 11/27 Peoples Organic MT Minnetonka MN S307331558381538 Card 9276 | | 38.26 | |
| 11/29 | | Purchase authorized on 11/27 Cenex Farmers 0707 Barnesville MN S387331684688459 Card 9284 | | 90.71 | |
| 11/29 | | Purchase authorized on 11/27 Subway 0338 Barnesville MN S467331692935176 Card 9284 | | 6.39 | |
| 11/29 | | Purchase authorized on 11/28 Conoco - Conomart Laurel MT S467332738887822 Card 9284 | | 88.68 | |
| 11/29 | | Purchase authorized on 11/29 Albertsons Store 2061 Cody WY P00000000372274551 Card 9276 | | 44.65 | |
| 11/29 | | Bill Pay Keele Sanitation Recurringxxxxxxxxxxxumber on 11-29 | | 31.50 | 1,225.47 |


## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/30 | | Purchase authorized on 11/29 Amazon.Com Amzn.CO Amzn.Com/Bill WA S467330435044287 Card 9276 | | 31.25 | |
| 11/30 | | Purchase authorized on 11/28 Holiday Inn Expres Dickinson ND S307331858768859 Card 9284 | | 156.58 | |
| 11/30 | | Interest Payment | 0.02 | | 1,037.66 |
| **Ending balance on 11/30** | | | | | **1,037.66** |
| **Totals** | | | **$9,198.02** | **$13,041.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2017 - 11/30/2017 | | Standard monthly service fee $15.00 | You paid $0.00 |
|------|------|------|------|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Total amount of qualifying direct deposits | | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | | $10,000.00 | $14,170.39 ☑ |
| - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | | |

JD/JD

 # IMPORTANT ACCOUNT INFORMATION

### New limits on Fees

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after all transactions have posted.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.  $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.  = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.