# Balance Sheet, Binge Indy

As of: 05/18/17

| Assets | | Liabilities | |
|---|---|---|---|
| | | | |
| Cash assets: | 6257 | Current liabilities: | 0 |
| Petty cash: | 0 | Accounts payable: | 0 |
| Accounts receivable: | 0 | Notes payable: | 0 |
| Inventory value: | 0 | Long-term liabilities: | 0 |
| Investments: | 0 | Taxes (state): | 500 |
| Prepaid expenses: | 0 | Taxes (federal): | 0 |
| Land: | 0 | Taxes (property): | 0 |
| Land improvements: | 0 | Taxes (misc.): | 0 |
| Buildings: | 0 | Payroll/wages: | 0 |
| Vehicles: | 0 | Misc: Vendor | 4000 |
| Equipment: | 0 | | |
| Furnishings: | 0 | | |
| Miscellaneous assets: | 0 | | |
| Intangible assets: | 0 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total assets: | 6257 | Total liabilities: | 4500 |

www.BusinessFormTemplate.com