# Balance Sheet: Bischoff Hervey Entertainment, LLC

As of: 05/17/17

| Assets | | Liabilities | |
|---|---|---|---|
| | | | |
| Cash assets: | 493 | Current liabilities: | 0 |
| Petty cash: | 0 | Accounts payable: | 1600 |
| Accounts receivable: | 0 | Notes payable: | 0 |
| Inventory value: | N/A | Long-term liabilities: | 0 |
| Investments: | 0 | Taxes (state): | 986 (CA) |
| Prepaid expenses: | 0 | Taxes (federal): | 0 |
| Land: | 0 | Taxes (property): | 0 |
| Land improvements: | 0 | Taxes (misc.): | 0 |
| Buildings: | 0 | Payroll/wages: | 0 |
| Vehicles: | 0 | Misc: | 0 |
| Equipment: | 0 | | |
| Furnishings: | 0 | | |
| Miscellaneous assets: | 0 | | |
| Intangible assets: | 0 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total assets: | 493 | Total liabilities: | 2586 |