**Exhibit "O" - INCOME PROJECTIONS - Beginning on Plan Disbursement Date**
(Estimated to begin in October 2018)
Income Projections

| Month | Projected Income - Project 1 | Projected Income - Project 2 | Projected Income - Project 3 | Projected Income - EBE | Projected Income - NP | Total Estimated Gross Income | Estimated Taxes | Household Expenses | Projected Disposable Income |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  | 10000 | 7500 | 7500 | 109 | 25109 | 6277.25 | 9270 | 9561.75 |
| 2 |  | 10000 | 7500 | 7500 | 109 | 25109 | 6277.25 | 9270 | 9561.75 |
| 3 |  | 10000 | 7500 | 7500 | 109 | 25109 | 6277.25 | 9270 | 9561.75 |
| 4 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 5 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 6 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 7 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 8 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 9 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 10 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 11 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 12 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 13 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 14 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 15 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 16 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 17 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 18 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 19 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 20 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 21 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 22 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 23 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 24 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 25 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 26 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 27 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 28 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 29 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 30 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 31 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 32 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 33 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 34 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 35 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 36 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 37 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 38 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 39 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 40 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 41 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 42 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 43 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 44 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 45 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 46 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 47 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 48 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 49 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 50 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 51 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 52 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 53 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 54 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 55 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 56 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 57 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 58 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 59 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 60 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |

| 61 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 62 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 63 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 64 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 65 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 66 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 67 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 68 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 69 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 70 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 71 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |
| 72 | 3000 | 10000 | 7500 | 7500 | 109 | 28109 | 7027.25 | 9270 | 11811.75 |